2

## LEGAL HELP

My name is Kevin Backstrom, Case No 13 CR 205976. I am currently incarcerated at Terminal Island FCI in San Pedro California. I need help contacting my attorney to assist me in a motion for compassionate release under 18 USC 3582 C(1)(A) because of the Covid-19 pandemic. Here at Terminal Island we have had 730 inmates test positive for Covid-19 and I tested positive as well and got very sick. I am 54 years old I have completed the core 7 RPP classes and I completed RDAP. I havent had any disiplinaries and Im due to be released to RRC on September 3rd, 2020 in less than three months. According to the CDC a second wave of the virus is coming and it would be a tragedy if I contacted the virus again and something tragic happened. If you could forward this letter to my attorney it would be greatly appreciated. Thank you.

Sincerely
Kevin B

Kevin Backstrom 77425-098
Federal Correction Institution
P.O. Box 3007
San Pedro, CA 90733

6/10/20

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
JUN 17 2020

United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd
Detriot, MI 48226