UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

    Criminal No. 13-20597

    Honorable Arthur J. Tarnow

D-6 Kevin Backstrom,

    Defendant.

_____/

# DEFENDANT BACKSTROM'S SECOND SUPPLEMENTAL BRIEF TO MOTION FOR COMPASSIONATE RELEASE

18 U.S.C. § 3582(c)(1)(A)(i) provides procedures for "compassionate releases" This provision allows a court to reduce a prison term "if it finds that . . . extraordinary and compelling reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A)(i). But that action must await a "motion of the Director of the Bureau of Prisons," or a "motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." *Ibid.*

In this matter, Mr. Backstrom has made a concerted effort to exhaust his administrative remedies. In a previous filing Mr. Backstrom supplied counsel who in turn filed with the court a statement under penalty of jury outlining his efforts to exhaust his administrative remedies, including the filing of a document he referred to as a BP-9. That statement was provided through Corrlinks, a prison email system. Counsel asked Mr. Backstrom to send him a copy of the BP-9 which he did. (See Exhibit A).

This form entitled "REQUEST FOR ADMINISTRATIVE REMEDY" is dated May 14, 2020. In it he states that he is requesting to be "considered for a Compassionate Release pursuant to the Cares Act." He notes that he has a September 23, 2020 release date. He further notes that he is 54 years old and has been designated to an outside crew for the past 2 ½ years. He further points out that he has had no incident reports, completed the core 7 requirements and completed RDAP. He has a re-entry plan and a place to live.

Mr. Backstrom sent a letter to this court seeking relief and it was entered by this court on June 15, 2020.

WHEREFORE for the foregoing reasons, Mr. Backstrom respectfully requests that this Court Order a compassionate release reducing his sentence to time served or some similar appropriate remedy.

Respectfully submitted,

By /s/MARK H. MAGIDSON
MARK H. MAGIDSON
Attorney for Defendant
615 Griswold, Suite 810
Detroit, MI 48226
(313) 963-4311
(313) 909-3392-cell
MMAG100@AOL.COM

## CERTIFICATE OF SERVICE

I, Mark H. Magidson, certify that on June 29, 2020, I electronically filed the above document, which resulted in the document being served electronically on all counsel of record.

/s/MARK H. MAGIDSON
MARK H. MAGIDSON
Attorney for Defendant
615 Griswold, Suite 810
Detroit, MI 48226
(313) 963-4311

MMAG100@AOL.COM

# Exhibit

# A

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Backstrom Kevin / 77425-098 / A / FCI T.I.
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A – INMATE REQUEST** Request to be considered for Compassionate Release persuant to the Cares Act based on the Covid-19 pandemic. I am currently serving a 94 month sentence with a September 3rd 2020 release date. I am requiring based on circumstances that has arisen at FCI Terminal Island Coronavirus outbreak. I'm 54 years old, I'm currently out custody and have been on the outside crew for 2½ years, no incident reports the entire time of incarceration and have completed core 7 requirements for programing and have completed RDAP. I have a re entry plan to live with my brother Derrick Backstrom and going to work at his Real Estate Construction Company. Release address is 5228 Inadale Ave, LA, CA 90043.

5-14-20
DATE

*(signed)* Kevin B
SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____
DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: _____

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C – RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION
SUBJECT: _____

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                 BP-229(13)
                        APRIL 1982

