| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 409236 | DATE 08/02/2022 |
|---|---|---|---|---|
| **NAME** BACKSTROM, Kevin | **OFFICER** David Smith | **JUDGE** Terrence G. Berg | | **DOCKET #** 13-CR-20597-06 |

| ORIGINAL SENTENCE DATE 11/16/2015 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 34 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/12/2020 | | | | |
| EXPIRATION 08/11/2028 | | | | |
| **ASST. U.S. ATTORNEY** Philip A. Ross | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B) and 851, Conspiracy to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 94 months, to be followed by a 96-month term of supervised release.

Name of Sentencing Judicial Officer: Honorable Arthur J. Tarnow. Case is transferred to the Honorable Terrence G. Berg.

Sentence Reduction: August 11, 2020: Order Granting Motion for Early Release regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), custodial sentence was reduced to Time Served. All other conditions of the original judgment remain in full force and effect. In addition, three additional special conditions were ordered: 1) That he shall fully comply with any application state or local stay-at-home orders, social distancing guidelines, or public health restrictions. 2) that he shall participate in a mental health treatment program-in addition to the drug treatment program already ordered-as determined to be necessary by his probation officer, and, 3) that he shall undergo a strict 14-day quarantine upon his release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.

   Criminal Monetary Penalty: Special Assessment $100.00 (paid).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 409236 | DATE 08/02/2022 |
|---|---|---|---|---|
| NAME BACKSTROM, Kevin | OFFICER David Smith | JUDGE Terrence G. Berg | | DOCKET # 13-CR-20597-06 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition**: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |
| | According to an Indictment filed in the United States District Court in the Southern District of Indiana, on Docket Number 22-CR-0082 on July 7, 2022, BACKSTROM has allegedly committed violations of: Count 1: 21 U.S.C. § 846, Conspiracy to Distribute Controlled Substances; Count 3: 18 U.S.C. § 1956(h), Conspiracy to Launder Monetary Instruments. He was arrested and detained in the Central District of California and was ordered removed to the Southern District of Indiana. He remains in the custody of the United States Marshal Service. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/David Smith/tmg 313 234-5448 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Steven M. Ely 313 234-5583 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[X]   The issuance of a warrant

[ ]   Other

/s/Terrence G. Berg
United States District Judge

8/11/2022
Date

Page **2** of **2**